UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF <br> MDL No. 2100 |
| **This Document Relates to:** | Judge David R. Herndon <br> **ORDER GRANTING MOTION TO DISMISS** |
| *Collins v. Bayer Corp., et al.,* No. 3:09-cv-10213-DRH-PMF | |

# ORDER

Plaintiff has filed an uncontested motion to dismiss, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff states that opposing counsel is not opposed. The above-styled case is therefore **Dismissed Without Prejudice**.

SO ORDERED:

David R. Herndon
2011.07.10
18:58:14 -05'00'

Chief Judge                                                        Date: July 10, 2011
United States District Court